D. SCOTT CARRUTHERS, APLC
D Scott Carruthers, (SBN 68745)
8448 Katella Avenue/PO Box 228
Stanton, California 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976
Fax: (714) 761-1754

Attorney for Nationwide Judgment Recovery, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC. | CASE NO: 8:20-mc-00029 |
| Movant, | **ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| vs. | |
| KIMOANH NGUYEN | |
| Defendant(s) | |

Pursuant to the request of Movant/Judgment Creditors, Nationwide Judgment Recovery, Inc., and Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, ABC Legal Services, Inc., who employs persons at least 18 years of age, of suitable discretion and not a party to the within action, is authorized and appointed to serve the writs in the above case. The United States Marshal's Office will remain the Levying Officer.

DATED: _____        _____

HONORABLE UNITED STATES DISTRICT JUDGE FOR
THE CENTRAL DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER