JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV21-00229 PSG | Date | March 24, 2021 |
|---|---|---|---|
| Title | Matthew E Orso v. Todd Disner, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, Chief United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order Administratively CLOSING Case

On February 2, 2021, Judgment Creditor Nationwide Judgment Recovering, Inc. filed a proposed order for service of process by registered process server without an accompanying motion. *See* Dkt. # 6. Because no motion was filed with the proposed order, the Court ordered that the proposed order be stricken. Dkt. # 9. Since then, no motion for service of process by registered process server or any other motion has been filed. As a result, the case is administratively closed and may be reopened by application of any party.

**IT IS SO ORDERED.**