Christopher Beyer, SBN 213264
WRIGHT LAW GROUP, PLLC
4470 W. Sunset Blvd., Suite 90003
Los Angeles, CA  90027
Tel.: 310-256-2519
E-mail: cab@replevin.com

Attorneys for Judgment Creditor
NATIONWIDE JUDGMENT RECOVERY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD DISNER *et al*., <br><br> Defendants. | Case No.  8:21-cv-00229-PSG <br><br> **REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS** <br><br> [F.R.C.P. RULE 4.1(a)] |

Judgment creditor Nationwide Judgment Recovery, Inc ("Creditor") hereby requests that **ABC Legal**, a registered California process server whose business address is 316 W 2nd St, 3rd Floor, Los Angeles, CA 90012 (the "Process Server") be specially appointed to serve any levies and writs of execution in this action.  Creditor represents that:

1. The Process Server is competent and not less than eighteen years of age.

2. The Process Server is duly registered in California and in the county in which the levy-related documents will be served.

3. Granting this request will effect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Local Rules 64-2 and 64-3 and California Code of Civil Procedure § 699.080.

4. A proposed order is lodged concurrently herewith.

Dated: 11/7/2022

WRIGHT LAW GROUP, PLLC

By     */s/ Christopher Beyer*
        CHRISTOPHER BEYER
      Attorneys for Judgment Creditor
 NATIONWIDE JUDGMENT RECOVERY, INC.